## COMPLAINT

~~to be written in longhand~~

To the court,

I, Alfred Forsberg, was recently notified by mail that my family property at 110 West Main Street, unit 15, will be sold at public auction on October 21, 2010 by the attorneys for Sun Trust Mortgage (Harmon Law).

My question to the court is: How can my family home be taken from me from me when I was granted full bankruptcy protection by Judge Drain in The Southern District of New York and told I was relieved of all listed debts?   Bankruptcy case is **09-23715.**

I need an immediate cease and desist order against SunTrust's sale of my property in Hyannis, and a hearing date on this matter. In lieu of justice I ask the court to grant me an immediate cease and desist order.

I Request A Jury Trial

Alfred Forsberg
82 Grassy Sprain Rd
Yonkers NY. 10710
914 779-3035